# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER SIMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 4:11-CV-84  CAS |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT OF REMAND

In accordance with the order of this date and incorporated herein, and the Report and Recommendation of United States Magistrate Judge Lewis M. Blanton dated January 18, 2012,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the Commissioner's decision is **REVERSED**.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that pursuant to sentence four of 42 U.S.C. § 405(g), this case is **REMANDED** to the Commissioner for further proceedings consistent with the Report and Recommendation.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 9th day of February, 2012.